■

321 So.2d 243

**Jesse Ray CLEMMONS**

v.

**STATE.**

3 Div. 272.

Court of Criminal Appeals of Alabama.

Oct. 1, 1975.

After return to remand 294 Ala. 746, 321 So.2d 238: affirmed without opinion.

■

319 So.2d 293

**Earnest DANIELS, alias**

v.

**STATE.**

3 Div. 391.

Court of Criminal Appeals of Alabama.

Oct. 1, 1975.

Robert S. Hill, III, Montgomery, for appellant.

No appearance for the State.

BOOKOUT, Judge.

Reversed and remanded on authority of *Cornelius v. State*, 54 Ala.App. 377, 308 So. 2d 736 (1975), and cases cited therein.

Reversed and remanded.

All the Judges concur, except CATES, P. J., not sitting.

■

323 So.2d 728

**Edward Aaron ENGLISH**

v.

**STATE.**

I Div. 570.

Court of Criminal Appeals of Alabama.

June 17, 1975.

Rehearing Denied June 30, 1975.

Ian F. Gaston, Mobile, for appellant.

William J. Baxley, Atty. Gen. and Charles N. Parnell, III., Asst. Atty. Gen., for the State, respondent.

PER CURIAM:

Affirmed.

All the Judges concur.

Judgment reversed, 295 Ala. 98, 323 So.2d 728, on remand, Ala.Cr.App., 56 Ala.App. 728, 323 So.2d 730.

■

323 So.2d 730 ·

**Edward Aaron ENGLISH**

v.

**STATE.**

I Div. 570.

Court of Criminal Appeals of Alabama.

Dec. 16, 1975.

After remandment from the Supreme Court of Alabama: Reversed and remanded on authority of SC 1372, November 6, 1975. 295 Ala. 98, 323 So.2d 728. All the Judges concur.